# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JAMES W. MCCUDDY,**            CASE NO.   3:12-cv-160

    Plaintiff,                          **Judge Timothy S. Black**

   **-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:**

   **IT IS ORDERED AND ADJUDGED** that the ALJ'S Non-Disability Finding is **FOUND SUPPORT BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: August 5, 2013                                       **JOHN P. HEHMAN, CLERK**

                                                               By: *s/ M. Rogers*
                                                                 Deputy Clerk